# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

WAIMONUSHUN SMITH                                     PLAINTIFF
ADC #111026

v.                              No. 5:14-cv-71-DPM

MARK CASHION, Warden, Randall L. Williams
Correctional Facility; PEGGY FALLS, Mailroom
Supervisor, Randall L. Williams Correctional Facility;
and  KERRY CLARK,* Mailroom Clerk, Randall L.
Williams Correctional Facility                       DEFENDANTS

## ORDER

Unopposed recommendation, № 108, adopted. FED. R. CIV. P. 72(b)

(1983 addition to advisory committee notes). Second motion for summary

judgment, № 104, granted. Smith's claims against Defendants Falls, Clark,

and Cashion will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_4_ February 2016

_____

*The Court directs the Clerk to amend to docket to reflect that
Defendant K. Clark's full name is Kerry Clark.